# United States Court of Appeals
## For the Eighth Circuit

_____

No. 23-3141
_____

Angela Braswell Armstrong

*Plaintiff - Appellant*

v.

Board of Trustees of the University of Arkansas, a Body Politic and Corporate

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Central

_____

Submitted: May 14, 2024
Filed: May 20, 2024
[Unpublished]

_____

Before LOKEN, SHEPHERD, and KOBES, Circuit Judges.

_____

PER CURIAM.

Angela Armstrong appeals the district court's[1] adverse grant of summary judgment in her action against the Board of Trustees of the University of Arkansas,

___

[1]The Honorable Brian S. Miller, United States District Judge for the Eastern District of Arkansas.

in which she alleged she was subjected to a hostile work environment and retaliated against, in violation of Title VII of the Civil Rights Act.  Upon careful review, we conclude that Armstrong failed to present sufficient evidence to establish an actionable hostile work environment claim.  See Gilbert v. Des Moines Area Cmty. College, 495 F.3d 906, 913 (8th Cir. 2007) (standard of review); see also Paskert v. Kemna-Asa Auto Plaza, Inc., 950 F.3d 535, 538 (8th Cir. 2020).  We also agree with the district court that Armstrong failed to demonstrate that she was retaliated against for filing a hostile work environment complaint.  See Tyler v. Univ. of Ark. Bd. of Trustees, 628 F.3d 980, 985 (8th Cir. 2011).

Accordingly, we affirm the judgment of the district court.  See 8th Cir. R. 47B.

_____